IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOHN CHRISTOPHER HYDE, JR.,          :
                                     :
             Petitioner,             :
                                     :
     v.                              :          1:23-cr-299-1
                                     :          1:24-cv-1032
UNITED STATES OF AMERICA,            :
                                     :
             Respondent.             :

**ORDER**

This matter is before the court for review of the Recommendation ("Recommendation") filed on December 16, 2024, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b), (Doc. 26). The Recommendation was served on the parties in this action on December 16, 2024. (Doc. 27.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 26), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's Motion to Vacate, Set Aside or Correct Sentence, (Doc. 25), is **DISMISSED** and this action is **DISMISSED.**

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction

nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 21st day of January, 2025.

_____
United States District Judge